IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DOS HERMANOS, INC., | ) |
| | ) No. 24-1588 T |
| | ) (Judge Molly R. Silfen) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Michael T. Collins, as attorney of record for the United States. Unless filed electronically, service of all papers by opposing parties should be addressed as follows:

> Michael T. Collins, Esq.
> U.S. Department of Justice
> Tax Division
> Court of Federal Claims Section
> Post Office Box 26
> Ben Franklin Station
> Washington, D. C.  20044
> *Email: Michael.Collins@usdoj.gov*

Respectfully submitted,

October 8, 2024
Date

*/s/ Michael T. Collins*
MICHAEL T. COLLINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Washington, D.C. 20044
202-353-2452 (v)
202-514-9440 (f)
Michael.Collins@usdoj.gov

1